NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

———————————

**APPLE INC. AND NEXT SOFTWARE, INC.
(FORMERLY KNOWN AS NEXT COMPUTER, INC.),**
*Plaintiffs-Appellants,*

v.

**MOTOROLA, INC. (NOW KNOWN AS MOTOROLA
SOLUTIONS, INC.) AND MOTOROLA MOBILITY,
INC.,**
*Defendants-Cross-Appellants.*

———————————

2012-1548, -1549

———————————

Appeals from the United States District Court for the Northern District of Illinois in case no. 11-CV-8540, Judge Richard A. Posner.

———————————

**ON MOTION**

———————————

Before Linn, *Circuit Judge*.

**O R D E R**

Upon consideration of Verizon Communications, Inc., American Association of Advertising Agencies, and Ford Motor Company's motion for leave to file a brief amicus curiae in support of neither party,

APPLE INC. V. MOTOROLA, INC.                                                2

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

s26